UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHARLES DELAUGHTER,**

      **Plaintiff,**

v.                                                           Case No: 6:22-cv-2370-PGB-DCI

**VERIZON COMMUNICATIONS, INC.,**

      **Defendant.**

## ORDER

On January 17, 2024, a Notice of Mediation (Doc. 20) was filed advising the Court that the mediation conference would be held on February 14, 2024. No subsequent report as to the status of mediation has been filed. Accordingly, the parties shall advise the Court within **SEVEN (7) DAYS** of the date of this Order as to the status of mediation.

**DONE AND ORDERED** at Orlando, Florida, this 23rd day of February 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record